# AIELLO & CANNICK

Attorneys at Law
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
FAX (718) 803-9764
Email: AandC6906@aol.com

Robert J. Aiello
Deveraux L. Cannick
———
Jennifer A. Fremgen

**Of Counsel**
———
Anthony M. Dattoma
Lyn A. Perrotta

**NEW YORK OFFICE**
(By Appointment Only)

(212) 233-3335

August 15, 2005

Honorable Norman A. Mordue
U.S. District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York  13261

      Re:    **United States v. Dr. Rafil Dhafir**
                **5:03-CR-64 (NAM)**

Dear Judge Mordue:

    Enclosed for your consideration is our Sentencing Memorandum, numerous letters and Affidavit from Mr. Maher Zagha of Jordan

    We thank you in advance for your consideration.

                                          Very truly yours,

                                          Deveraux L. Cannick

DLC/mw
cc:  AUSA Michael Olmsted