UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RAFIL DHAFIR

No. 5:03-CR-064-NAM

FILED
FEB 24 2006

## NOTICE OF APPEAL

The defendant, Rafil Dhafir, appeals to the United States Court of Appeals for the Second Circuit from the Amended Judgment filed and entered by this Court on February 6, 2006. This appeal is filed in forma pauperis, as indicated by the enclosed Form CJA 23.

February 16, 2006

The defendant pro se,

Rafil Dhafir, No. 11921-052
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

On Feb. 16, 2006, I declare under penalty of perjury that I placed this Notice in the prison mail system, addressed to the U.S. District Court.

To Whom It May Concern

Please find enclosed my notice of appeal from the amended judgement entered on Feb 6, 2006.

Also enclosed is form CJA 23 so that I may be designated in forma pauperis.

Respectfully,
[signature]
16 Feb. 2006